HAWAII NATIONAL BANK, HONOLULU *v.* TOM
OKINO, CIRCUIT JUDGE, FIRST CIRCUIT COURT.

No. 4904.

December 1, 1969.

RICHARDSON, C.J., ABE, LEVINSON, KOBAYASHI, JJ., AND
CIRCUIT JUDGE KABUTAN IN PLACE OF MARUMOTO, J.,
DISQUALIFIED.

*Per Curiam.* The petition for rehearing is denied without argument.

Kobayashi, J. and Kabutan, Circuit Judge, having dissented from the majority in the original opinion do not concur.

*Bertram Kanbara,* Attorney General, for respondent, *Judge Okino,* and

*Walter G. Chuck, Wallace S. Fujiyama, Ken Harimoto* (*Chuck & Fujiyama* of counsel) for intervenor, American Security Bank, for the petition.